UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT COVINGTON

CRIMINAL ACTION NO. 17-10-DLB-EBA-2
CIVIL ACTION NO. 20-133-DLB-EBA

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.         **ORDER ADOPTING REPORT AND RECOMMENDATION**

JOHNNY L. SHELTON                                                                          DEFENDANT

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

This matter is before the Court upon the June 25, 2021 Report and Recommendation ("R&R") of United States Magistrate Judge Edward B. Atkins. (Doc. # 346), wherein he recommends that Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 321) be denied.

No objections having been filed, and the time to do so having now expired, the R&R is ripe for the Court's consideration. The Court having reviewed the R&R, concluding that it is sound in all respects, and being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

(1)     The Magistrate Judge's R&R (Doc. # 346) is hereby **ADOPTED** as the findings of fact and conclusions of law of the Court;

(2)     The Defendant's Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. § 2255 (Doc. # 321) is hereby **DENIED**;

(3)     For the reasons set forth in the Magistrate Judge's R&R (Doc. # 346), the Court determines there would be no arguable merit for an appeal in this matter and, therefore, **no certificate of appealability shall issue**; and

(4)     A separate Judgment will be filed concurrently herewith.

This 24th day of August, 2021.



Signed By:
David L. Bunning
United States District Judge

J:\DATA\ORDERS\Covington Criminal\2017\17-10-2 Order Adopting R&R (no objections).docx